# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-40052 |
| | § | |
| VAN HUNTER DEVELOPMENT, LTD | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## DEBTOR'S RESPONSE TO COMPASS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO REAL PROPERTY LOCATED IN THE ENCLAVE AT CHATEAU DU LAC SUBDIVISION IN FLOWER MOUND, TEXAS AND WAIVER OF 30 DAY HEARING REQUIREMENT

COMES NOW, Van Hunter Development, Ltd ("Debtor"), and files this its Response to *Compass Bank's Motion for Relief from the Automatic Stay as to Real Property Located in the Enclave at Chateau Du Lac Subdivision in Flower Mound, Texas and Waiver of 30 Day hearing Requirement* (the "Motion"), and respectfully shows the Court as follows:

1. Debtor admits the allegations in paragraph 1 of the Motion.

2. Debtor admits the allegations in paragraph 2 of the Motion.

3. Debtor admits the allegations in paragraph 3 of the Motion.

4. Debtor admits the allegations contained in paragraph 4 of the Motion except those contained in the 4th sentence which are denied.

5. Debtor is without sufficient knowledge to admit or deny the allegations in paragraph 5 of the Motion.

6. Debtor is without sufficient knowledge to admit or deny the allegations in paragraph 6 of the Motion.

7. Debtor is without sufficient knowledge to admit or deny the allegations in paragraph 7 of the Motion.

8. Debtor is denies the allegations in paragraph 8 of the Motion.

9. Debtor admits the allegations contained in paragraph 9 of the Motion.

10. Debtor denies the allegations in paragraph 10 of the Motion.

11. Debtor is denies the allegations in paragraph 11 of the Motion.

12. Debtor is denies the allegations in paragraph 12 of the Motion.

13. Debtor is denies the allegations in paragraph 13 of the Motion.

14. Debtor denies the allegations in paragraph 14 of the Motion.

15. Debtor denies the allegations in paragraph 15 of the Motion.

16. Debtor denies the allegations in paragraph 16 of the Motion.

17. A response is not required of Paragraph 17.

18. Debtor denies the allegations in paragraph 18 of the Motion.

19. Debtor denies the allegations in paragraph 19 of the Motion.

20. Debtor denies the allegations in paragraph 20 of the Motion.

21. Debtor denies the allegations in paragraph 21 of the Motion.

22. Debtor anticipates shortly filing a plan of re-organization.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that Compass Bank's Motion be denied and for such other and further relief to which the Trustee is justly entitled.

DATED: March 19, 2010.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:    /s/Larry A. Levick
      Larry A. Levick
      State Bar No. 12252600

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748
levick@singerlevick.com

ATTORNEYS VAN HUNTER DEVELOPMENT, LTD

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served the parties entitled to electronic notification pursuant to the ECF procedures in this District on this 19th day of March 2010.

          /s/ Larry A. Levick
          Larry A. Levick