IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 10-40052 |
| VAN HUNTER DEVELOPMENT, LTD., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### AGREED ORDER ON COMPASS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO REAL PROPERTY LOCATED IN THE ENCLAVE AT CHATEAU DU LAC SUBDIVISION IN FLOWER MOUND, TEXAS

CAME ON for consideration the *Motion for Relief From Automatic Stay as to Real Property Located in The Enclave at Chateau Du Lac Subdivision in Flower Mound, Texas and Waiver of 30 Day Hearing Requirement* (the "Motion") filed by Compass Bank, an Alabama banking corporation ("Compass"), and the Court, having considered the Motion, and the agreement reached between the Debtor and Compass with respect to the Motion as set forth in this Agreed Order, and otherwise being fully advised, has determined that this Agreed Order should be entered. It is therefore,

**ORDERED** that the Motion be and is hereby granted; it is further

**ORDERED** that the automatic stay imposed under 11 U.S.C. § 362 in this bankruptcy case is hereby terminated to permit Compass to pursue any and all rights and remedies that it may have as to the Property (as defined in the Motion) under its loan documents and applicable law, including, without limitation, foreclosure of the Property; and it is further

**ORDERED** that Debtors are hereby authorized to convey the Property to Compass in a deed-in-lieu of foreclosure transaction in exchange for a $5,500,000.00 credit to the Debtor's indebtedness owed to Compass.

Signed on 4/23/2010

_____ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**AGREED ORDER APPROVED BY:**

/s/ George H. Barber
George H. Barber
State Bar No. 01705650
KANE RUSSELL COLEMAN & LOGAN PC
1601 Elm Street, Ste. 3700
Dallas, TX 75201
214/777-4264
FAX 214/777-4299

ATTORNEYS FOR COMPASS BANK

and


/s/ Larry A. Levick
Larry A. Levick
State Bar No. 12252600
SINGER & LEVICK, P.C.
16200 Addison Road, Ste. 140
Addison, TX 75001
972/380-5533
FAX 972/380-5748

ATTORNEYS FOR THE DEBTOR

**\* \* \* END OF ORDER \* \* \***

853242 v1 (00100.00155.000)