United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75202
(903) 590-1450

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Van Hunter Development, Ltd | § | Case No. 10-40052 |
| P. O. Box 540308 | § | |
| Dallas, TX 75354-0308 | § | |
| Tax ID / EIN: 20-4285736 | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**UNITED STATES TRUSTEE'S MOTION
TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. § 1112(b);
OR IN THE ALTERNATIVE, FOR OTHER RELIEF;
WITH WAIVER OF 30-DAY HEARING REQUIREMENT**

**PLEASE NOTE THAT THE COURT HAS SET THIS MOTION FOR HEARING:**

**HEARING: MONDAY, FEBRUARY 7, 2011 AT 2:00 P.M.**
U. S. Bankruptcy Court
660 N. Central Expressway, 3rd Floor
Plano, Texas 75704

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

William T. Neary, the United States Trustee for Region 6 ("U.S. Trustee") hereby files in the above-numbered bankruptcy case ("Case") his Motion Dismiss or Convert Pursuant to 11 U.S.C. § 1112(b); or in the Alternative, for Other Relief ("Motion") and respectfully states in support thereof:

**Jurisdiction and Timeliness**

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1334, 157(a), and the standing order of reference. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). The predicate for the relief requested herein is Bankruptcy Code section 1112(b).

**Background**

2. On January 4, 2010 ("Petition Date"), Van Hunter Development, Ltd. ("Debtor") initiated the Case by filing a voluntary petition for relief under chapter 11 of Title 11.

3. No creditors' committee has been appointed in the Case. The Debtor controls its assets, which as of the Petition Date consisted of 32 high-end real estate lots developed and ready to sell and a nominally valued amount of personal property.

4. The Debtor advised the U.S. Trustee at the initial debtor interview and the creditors' meeting that it intended to either restructure its secured debt or sell certain of the lots to pay its secured creditors, Compass Bank and Frost National Bank.

5. There has not been any substantive activity in the Case since July 29, 2010.

6. On July 29, 2010, the Court signed its Agreed Order Regarding Emergency Motion To Compel Debtor to Assume or Reject Executory Contract [docket no. 49] to permit the Debtor to retain a third party to collect assessments and perform certain duties under a certain Declaration of Covenants, Conditions, and Restrictions for Chateau Du Lac.

7. On June 2, 2010, the Court signed its Order Extending the Exclusivity Periods in which to Propose and Solicit Acceptances to a Plan of Reorganization [docket no. 35] in which the Debtor's exclusive period to file a plan was extended to August 4, 2010.

8. On April 23, 2010, the Court signed its order lifting the automatic stay as to Compass Bank [docket no. 24], one of the Debtor's two secured creditors.

9. Aside from the aforementioned items, no meaningful activity has occurred in the Case. As of January 5, 2011, one year into the Case, the Debtor has not filed a motion to sell any of the real property or a plan or disclosure statement.

10. The last filed monthly operating report was for the period ending October 31, 2010. Every operating report filed in the Case to date has reflected a small negative monthly cash flow. The Debtor reported total cash in January, 2010, of $2,728.45 and reported total cash ending October of $1,627.13. The filed monthly operating reports indicate virtually no economic activity has occurred in the Case.

11. On October 5, 2010, the U.S. Trustee, through undersigned counsel, informally inquired with Debtor's counsel concerning the status of the Case. Debtor's counsel generally stated that he believed a settlement could be reached with the remaining secured creditor in December 2010. The only filing in the Case in the month of December was the October monthly operating report on December 2, 2010.

12. The apparent lack of progress in the Case since its filing in January, 2010, suggests that the Debtor cannot or will not use chapter 11 for the benefit of creditors.

**Applicable Law and Argument**

13. Section 1112(b) provides,

> . . . absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of creditors

and the estate, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

14. Cause exists to convert the Cases because the Debtor does not demonstrate a reasonable likelihood for reorganization. 11 U.S.C. § 1112(b)(4)(A).

15. In addition, the Debtor has failed to timely meet reporting requirements. 11 U.S.C. § 1112(b)(4)(F).

16. Under section 1112(b), the Court determines whether dismissal or conversion is in "the best interest of creditors." Under the facts of this Case, the Debtor does not appear able to effectively use chapter 11 for the benefit of creditors, so the Case should be dismissed or converted. If the Court determines dismissal best serves the interests of creditors, sufficient "cause" exists to dismiss the Case with prejudice to re-filing for 180 days. 11 U.S.C. § 349.

17. In the alternative, the U.S. Trustee asserts that cause exists to establish appropriate confirmation or case resolution deadlines. 11 U.S.C. § 105(d)(2)(B).

WHEREFORE, the U.S. Trustee respectfully requests that the Court issue an order (a) dismissing the Cases; (b) converting the Cases to chapter 7, or (c) subjecting the Debtor to confirmation deadlines; and granting such other further appropriate relief.

Dated: January 5, 2011          Respectfully submitted,

                        William T. Neary
                        United States Trustee
                        Region 6

By:   */s/ Marc Salitore*
           Timothy W. O'Neal
           Asst. U.S. Trustee, SBOT 15283350
           Marcus F. Salitore
           Trial Attorney, SBOT 24029822
           110 N. College Avenue, Suite 300
           Tyler, Texas 75702
           (903) 590-1450; Fax (903) 590-1461

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 III E to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than January 5, 2010.

                        */s/ Marc Salitore*
                        Marcus F. Salitore

**Debtor:**
Van Hunter Development, Ltd
P. O. Box 540308
Dallas, TX 75354-0308

**Debtor's Attorney:**
Larry A. Levick
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001

**Notices of Appearance:**
Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, Texas 75201

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, County of Denton
P. O. Box 1269
Round Rock, Texas 78680

Darren Marlowe
4025 Woodland Park Blvd., Ste. 190
Arlington, TX 76013

Michael J. Quilling
Hudson M. Jobe
Quilling, Selander, Cummiskey, & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205

**Matrix Follows:**

```
Label Matrix for local noticing          American Arbitration Association        American Arbitration Association
0540-4                                    % Maria Soriano                          1633 Broadway, 10 Floor
Case 10-40052                             13455 Noel Road                          New York, NY 10019
Eastern District of Texas                 Suite 1750
Sherman                                   Dallas, TX 75240-6842
Wed Jan  5 13:41:50 CST 2011

Ashley Hudnall                            George H. Barber                         Chateau du Lac HOA
2708 Lawndale Dr.                         Kane Russell Coleman & Logan PC          2106 Cavalier Way
Plano, TX 75023-7926                      3700 Thanksgiving Tower                  Flower Mound, TX 75022-5588
                                          1601 Elm Street
                                          Dallas, TX 75201-4701

Compass Bank                              Compass Bank                             Corey Van Trease
P.O. Box 4943                             c/o George H. Barber                     2104 Cavalier Way
Houston, TX 77210-4943                    Kane Russell Coleman & Logan PC          Flower Mound, TX 75022-5588
                                          1601 Elm Street, Suite 3700
                                          Dallas, TX 75201-7207

Art Crestman                              Darren Marlowe                           Denton County
c/o Eric Liepins.                         The Bush Firm, APC                       Michael Reed
12770 Coit                                4025 Woodland Park Blvd.                 P O Box 1269
Suite 1100                                Suite 190                                Round Rock, TX 78680-1269
Dallas, TX 75251-1329                     Arlington, TX 76013-8052

Denton County                             Denton County District Clerk             Denton County Tax Assessor Collector
c/o Michael Reed                          1450 E. McKinney Street                  P. O. Box 90223
P O Box 1269                              Denton, TX 76209-4524                    Denton, TX 76202-5223
Round Rock, TX 78680-1269

Devry W. Garrrett                         Gary C. Evans                            Friends of Chateau du Lac
Kane Rusell Coleman & Logan, PC           P.O. Box 540308                          c/o Eric Liepins
3700 Thanksgiving Tower                   Dallas, TX 75354-0308                    12770 Coit Road
1601 Elm Street                                                                    Suite1100
Dallas, TX 75201-4701                                                              Dalals, TX 75251-1336

Frost National Bank                       Frost National Bank                      G.E. Capital
100 W. Houston ST.                        P. O. Box 2570                           P.O. Box 6229
San Antionio, TX 78205-1414               San Antonio, TX 78299-2570               Carol Stream, IL 60197-6229

Grande Communications                     Ingersoll-Rand Financial                 Ingersoll-Rand Financial
500 Tittle Rd.                            Division of GE Capital Communications    Div. of GE Capital Communications, Inc.
Suite 400                                 P.O. Box 6229                            P. O .Box 6229
The Colony, TX 75056-5296                 Carol Stream, IL 60197-6229              Carol Stream, IL 60197-6229

(p)INTERNAL REVENUE SERVICE               JRW Construction Inc. dba Wilson Landscape D   JRW Construction, Inc. d/b/a Wilson Landscap
CENTRALIZED INSOLVENCY OPERATIONS         c/o Richard J. Wallace III               PO Box 292698
PO BOX 7346                               Scheef & Stone LLP                       Lewisville, TX 75029-2698
PHILADELPHIA PA 19101-7346                500 N. Akard, Ste. 2700
                                          Dallas TX 75201-3306

Hudson  M Jobe                            Larry A. Levick                          Law Offices of Robert E. Luna, P.C.
Quilling, Selander, Cummiskey & Lownds    Singer & Levick, P.C.                    4411 North Central Expressway
2001 Bryan Street                         16200 Addison Rd.                        Dallas, TX 75205-4210
Suite 1800                                Suite 140
Dallas, TX 75201-3071                     Addison, TX 75001-5376
```

| | | |
|---|---|---|
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Lewisville Independent School District<br>c/o Law Offices of Robert C. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |
| Locke Liddell & Sapp, LLP<br>P.O. Box 911541<br>Dallas, TX 75391-1541 | Marco & Michelle Rivera<br>Darren Marloe<br>The Bush Firm, PC<br>4025 Woodland Park Blvd #190<br>Arlington, TX 76013-8052 | Darren Marlowe<br>4025 Woodland Park Blvd.<br>Suite 190<br>Arlington, TX 76013-8052 |
| Michal E. Clark<br>Quilling Selander Cummiskey & Loownds<br>2001 Bryan St.<br>Suite 1800<br>Dallas, TX 75201-3070 | Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| Michael J. Quilling<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3071 | RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 |
| TTI National, Inc.<br>P.O. Box 96003<br>Charlotte, NC 28296-0003 | The Frost National Bank<br>Quilling Selander Cummiskey & Lownds, PC<br>c/o Michael J. Quilling<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | The Frost National Bank<br>c/o Hudson M. Jobe<br>Quilling, Selander, Cummiskey & Lownds,<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201-3071 |
| Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 | Town of Flower Mound<br>c/o Mark A. Burroughs<br>1100 Dallas Drive, Suite 100<br>Denton, Texas 76205-5121 | U. S. Trustee<br>Eastern District of Texas<br>110 North College Avenue<br>Room 300<br>Tyler, TX 75702-7231 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Van Hunter Development, Ltd<br>P. O. Box 540308<br>Dallas, TX 75354-0308 |
| Van Trease Development, Inc.<br>611 S. Main St.<br>Suite 400<br>Grapevine, TX 76051-5372 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Richard J. Wallace<br>Scheef & Stone, L.L.P.<br>500 North Akard<br>Lincoln Plaza, Suite 2700<br>Dallas, TX 75201-3302 |
| (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Williams Scotsman, Inc.<br>8211 Town Center Dr.<br>Baltimore MD 21236-5904 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Department of Treasury
PO Box 21126
Philadelphia, PA 19114

Michael Reed
McCreary, Veselka, Bragg, & Allen, PC
P. O. Box 1269
Round Rock, TX 78680

Williams Scotsman, Inc.
4590 Carey Street
Fort Worth, TX 76119-4222


(d)Williams Scotsman, Inc.
4590 Carey St.
Fort Worth, TX 76119-4222


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Chateau du Lac HOA
2106 Cavalier Way
Flower Mound, TX 75022-5588

(u)Compass Bank

(d)Denton County District Clerk
1450 E. McKinney St.
Denton, TX 76209-4524


(d)G.E. Capital
P. O. Box 6229
Carol Stream, IL 60197-6229

(d)Gary C. Evans
P. O. Box 540308
Dallas, TX 75354-0308

(d)Grande Communications
500 Tittle Rd.
Suite 400
The Colony, TX 75056-5296


(d)Ashley Hudnall
2708 Lawndale Dr.
Plano, TX 75023-7926

(d)Larry A. Levick
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001-5376

(d)Locke Liddell & Sapp, LLP
P. O. Box 911541
Dallas, TX 75391-1541


(d)Darren Marlowe
4025 Woodland Park Blvd., Ste 190
Arlington, TX 76013-8052

(d)Montgomery Coscia Greilich, LLP
2701 Dallas Pkwy
Suite 300
Plano, TX 75093-8777

(d)Newman Davenport & Epstein
700 North Pearl St.
Dallas, TX 75201-2824


(d)RETC
3325 Silverstone Dr.
Suite 100
Plano, TX 75023-7883

(d)Marco and Michelle Rivera
618 Deforest Ct.
Coppell, Tx 75019-6066

(u)Singer & Levick, P.C.


(d)Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

(d)TTI National, Inc.
P. O. Box 96003
Charlotte, NC 28296-0003

(d)Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4656

```
(d)Van Trease Development, Inc.        End of Label Matrix
611 S. Main St.                        Mailable recipients    58
Suite 400                              Bypassed recipients    19
Grapevine, TX 76051-5372               Total                  77
```