

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Van Hunter Development, Ltd | § | Case No. 10-40052 |
| P. O. Box 540308 | § | |
| Dallas, TX 75354-0308 | § | |
| Tax ID / EIN: 20-4285736 | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**AGREED ORDER GRANTING IN PART
UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's ("U.S. Trustee") Motion to Dismiss ("Motion") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties as evidenced by the signatures below, applicable papers, argument and law, concludes the Motion should be granted in part. Accordingly, it is hereby:

ORDERED that the Debtor shall (a) voluntarily dismiss the case, (b) voluntarily convert the case to chapter 7, or (c) confirm a plan of reorganization in the case, on or before April 30, 2011 (the "Case Resolution Deadline"); it is further

ORDERED that the Debtor may seek an extension of the Case Resolution Deadline, for good cause shown; provided, any motion to extend the Case Resolution Deadline must be filed prior to the Case Resolution Deadline; it is further

ORDERED that in the event Debtor fail to adhere to the terms of this Order, the Debtor agrees the U.S. Trustee may file a notice of noncompliance and attach an order dismissing the Case with prejudice to re filing for a period of 180 days and the Court may dismiss the Case without need for further notice or hearing.

Signed on 02/07/2011

**SO ORDERED AND ADJUDGED.**

/s/ Brenda T. Rhoades         SR
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

Van Hunter Development, Ltd.

By: /s/ Larry Levick
Larry A. Levick
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
(972) 380-5533
Fax : (972)380-5748
Email: levick@singerlevick.com

U.S. Trustee

By: /s/ Marc Salitore
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

Frost National Bank

By: /s/ Hudson Jobe
Hudson M. Jobe, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111