IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | | |
|---|---|---|---|
| In re: | § | CASE NO. 10-40052 | |
| | § | | |
| VAN HUNTER DEVELOPMENT, LTD | § | Chapter 11 | |
| | § | | |
| **Debtor.** | § | | |
| | § | | |

### UNOPPOSED MOTION TO EXTEND CASE RESOLUTION DEADLINES

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SCHEDULE A HEARING UNLESS IT DETERMINES THAT AN EVIDENTIARY HEARING IS NOT REQUIRED AND THAT THE COURT'S DECISION WOULD NOT BE SIGNIFICANTLY AIDED BY ORAL ARGUMENT. IF YOU FAIL TO APPEAR AT ANY SCHEDULED HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Van Hunter Development, Ltd ("Debtor" and/or "Van Hunter") files this, its Unopposed Motion to Extend Case Resolution Deadlines and would respectfully show the Court as follows:

1. On January 4, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor commenced his chapter 11 case on short notice due to a pending foreclosure.

2. The Debtor is a limited partnership which owns various lots in the exclusive Chateau du Lac subdivision in Flower Mound, Texas (collectively, the "Property"). The Debtor

continues to manage its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No creditors' committee, trustee, or examiner has been appointed in this case.

3. Van Hunter has two major creditors which are Frost National Bank and Compass Bank. The principal of Van Hunter, who is a guarantor on those two loans, is diligently attempting to work out arrangements to provide for a resolution of those claims and is hopeful that an agreed resolution will occur within two weeks. Should these two claims be resolved, the Chapter 11 will be well on the way to a successful conclusion. Accordingly, Van Hunter prays that the Court extend the deadline for Van Hunter to file its Plan and Disclosure Statement to May 13, 2011 and to have confirmed a Plan of Reorganization by August 11, 2011. The U.S. Trustee does not oppose this request.

WHEREFORE, PREMISES CONSIDERED, Van Hunter prays that the Court extend the deadline for it to file its Plan and Disclosure Statement up to and including May 13, 2011 and the deadline for it to have confirmed a Plan of Reorganization up to and including August 11, 2011 and for such other and further relief as it may show itself justly entitled.

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/Larry A. Levick
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

**ATTORNEYS FOR DEBTOR**
**VAN HUNTER DEVELOPMENT, LTD.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke with the U.S. Trustee and he does not oppose the relief requested.

                                                                  /s/Larry A. Levick
                                                                  Larry A. Levick

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served upon all parties registered or otherwise entitled to receive notice via ECF notification and a true and correct copy of the foregoing document will be served upon all parties on the attached service list via first class mail, postage prepaid on this 28th day of April 2011.

                                                                  /s/Larry A. Levick
                                                                 Larry A. Levick

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 10-40052<br>Eastern District of Texas<br>Sherman<br>Thu Apr 28 16:57:11 CDT 2011 | American Arbitration Association<br>% Maria Soriano<br>13455 Noel Road<br>Suite 1750<br>Dallas, TX 75240-6842 | American Arbitration Association<br>1633 Broadway, 10 Floor<br>New York, NY 10019 |
| Ashley Hudnall<br>2708 Lawndale Dr.<br>Plano, TX 75023-7926 | George H. Barber<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201-4701 | Chateau du Lac HOA<br>2106 Cavalier Way<br>Flower Mound, TX 75022-5588 |
| Compass Bank<br>P.O. Box 4943<br>Houston, TX 77210-4943 | Compass Bank<br>c/o George H. Barber<br>Kane Russell Coleman & Logan PC<br>1601 Elm Street, Suite 3700<br>Dallas, TX 75201-7207 | Corey Van Trease<br>2104 Cavalier Way<br>Flower Mound, TX 75022-5588 |
| Art Crestman<br>c/o Eric Liepins.<br>12770 Coit<br>Suite 1100<br>Dallas, TX 75251-1329 | Darren Marlowe<br>The Bush Firm, APC<br>4025 Woodland Park Blvd.<br>Suite 190<br>Arlington, TX 76013-8052 | Denton County<br>Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Denton County District Clerk<br>1450 E. McKinney Street<br>Denton, TX 76209-4524 | Denton County Tax Assessor Collector<br>P. O. Box 90223<br>Denton, TX 76202-5223 |
| Devry W. Garrrett<br>Kane Rusell Coleman & Logan, PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201-4701 | Gary C. Evans<br>P.O. Box 540308<br>Dallas, TX 75354-0308 | Friends of Chateau du Lac<br>c/o Eric Liepins<br>12770 Coit Road<br>Suite1100<br>Dalals, TX 75251-1336 |
| Frost National Bank<br>100 W. Houston ST.<br>San Antionio, TX 78205-1414 | Frost National Bank<br>P. O. Box 2570<br>San Antonio, TX 78299-2570 | G.E. Capital<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229 |
| Grande Communications<br>500 Tittle Rd.<br>Suite 400<br>The Colony, TX 75056-5296 | Ingersoll-Rand Financial<br>Division of GE Capital Communications<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229 | Ingersoll-Rand Financial<br>Div. of GE Capital Communications, Inc.<br>P. O .Box 6229<br>Carol Stream, IL 60197-6229 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JRW Construction Inc. dba Wilson Landscape D<br>c/o Richard J. Wallace III<br>Scheef & Stone LLP<br>500 N. Akard, Ste. 2700<br>Dallas TX 75201-3306 | JRW Construction, Inc. d/b/a Wilson Landscap<br>PO Box 292698<br>Lewisville, TX 75029-2698 |
| Hudson M Jobe<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3071 | Larry A. Levick<br>Singer & Levick, P.C.<br>16200 Addison Rd.<br>Suite 140<br>Addison, TX 75001-5376 | Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 |

| | | |
|---|---|---|
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Lewisville Independent School District<br>c/o Law Offices of Robert C. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |
| Locke Liddell & Sapp, LLP<br>P.O. Box 911541<br>Dallas, TX 75391-1541 | Marco & Michelle Rivera<br>Darren Marloe<br>The Bush Firm, PC<br>4025 Woodland Park Blvd #190<br>Arlington, TX 76013-8052 | Darren Marlowe<br>4025 Woodland Park Blvd.<br>Suite 190<br>Arlington, TX 76013-8052 |
| Michal E. Clark<br>Quilling Selander Cummiskey & Loownds<br>2001 Bryan St.<br>Suite 1800<br>Dallas, TX 75201-3070 | Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| Michael J. Quilling<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3071 | RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | TTI National, Inc.<br>P.O. Box 96003<br>Charlotte, NC 28296-0003 | The Frost National Bank<br>Quilling Selander Cummiskey & Lownds, PC<br>c/o Michael J. Quilling<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 |
| The Frost National Bank<br>c/o Hudson M. Jobe<br>Quilling, Selander, Cummiskey & Lownds,<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201-3071 | Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 | Town of Flower Mound<br>c/o Mark A. Burroughs<br>1100 Dallas Drive, Suite 100<br>Denton, Texas 76205-5121 |
| U. S. Trustee<br>Eastern District of Texas<br>110 North College Avenue<br>Room 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| Van Hunter Development, Ltd<br>P. O. Box 540308<br>Dallas, TX 75354-0308 | Van Trease Development, Inc.<br>611 S. Main St.<br>Suite 400<br>Grapevine, TX 76051-5477 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| Richard J. Wallace<br>Scheef & Stone, L.L.P.<br>500 North Akard<br>Lincoln Plaza, Suite 2700<br>Dallas, TX 75201-3302 | (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Williams Scotsman, Inc.<br>8211 Town Center Dr.<br>Baltimore MD 21236-5904 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Department of Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary, Veselka, Bragg, & Allen, PC<br>P. O. Box 1269<br>Round Rock, TX 78680 | Williams Scotsman, Inc.<br>4590 Carey Street<br>Fort Worth, TX 76119-4222 |
| (d)Williams Scotsman, Inc.<br>4590 Carey St.<br>Fort Worth, TX 76119-4222 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chateau du Lac HOA<br>2106 Cavalier Way<br>Flower Mound, TX 75022-5588 | (u)Compass Bank | (d)Denton County District Clerk<br>1450 E. McKinney St.<br>Denton, TX 76209-4524 |
| (d)G.E. Capital<br>P. O. Box 6229<br>Carol Stream, IL 60197-6229 | (d)Gary C. Evans<br>P. O. Box 540308<br>Dallas, TX 75354-0308 | (d)Grande Communications<br>500 Tittle Rd.<br>Suite 400<br>The Colony, TX 75056-5296 |
| (d)Ashley Hudnall<br>2708 Lawndale Dr.<br>Plano, TX 75023-7926 | (d)Larry A. Levick<br>Singer & Levick, P.C.<br>16200 Addison Rd.<br>Suite 140<br>Addison, TX 75001-5376 | (d)Locke Liddell & Sapp, LLP<br>P. O. Box 911541<br>Dallas, TX 75391-1541 |
| (d)Darren Marlowe<br>4025 Woodland Park Blvd., Ste 190<br>Arlington, TX 76013-8052 | (d)Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | (d)Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| (d)RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (d)Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | (u)Singer & Levick, P.C. |
| (d)Sunbelt Rentals<br>P. O. Box 409211<br>Atlanta, GA 30384-9211 | (d)TTI National, Inc.<br>P. O. Box 96003<br>Charlotte, NC 28296-0003 | (d)Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 |

(d)Van Trease Development, Inc.
611 S. Main St.
Suite 400
Grapevine, TX 76051-5477

End of Label Matrix
Mailable recipients    59
Bypassed recipients    19
Total                  78