
05/25/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 10-40052** |
| | § | |
| **VAN HUNTER DEVELOPMENT, LTD** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

### ORDER GRANTING UNOPPOSED
### MOTION TO EXTEND CASE RESOLUTION DEADLINES

CAME on for consideration the Unopposed Motion to Extend Case Resolution Deadlines filed by Van Hunter Development, Ltd. ("Debtor") and the Court, finding that notice of the Motion was adequate under the circumstances and that good cause exists for granting same, is of the opinion the Motion should be granted. IT IS THEREFORE

ORDERED that the Unopposed Motion to Extend Case Resolution Deadlines is hereby GRANTED; it is further

ORDERED that the Debtor shall have up to and including May 13, 2011 to file a plan of reorganization; it is further

ORDERED that the Debtor shall (a) voluntarily dismiss the case, (b) voluntarily convert the case to chapter 7, or (c) confirm a plan of reorganization in the case, on or before August 11, 2011; it is further

ORDERED that the Debtor may seek an extension of the Case Resolution Deadline, for good cause shown; provided, any motion to extend the Case Resolution Deadline must be filed prior to the Case Resolution Deadline; and it is further

ORDERED that in the event Debtor fails to adhere to the terms of this Order, the Debtor agrees that the U.S. Trustee may file a notice of noncompliance and attach an order dismissing the Case with prejudice to re filing for a period of 180 days and the Court may dismiss the case without need for further notice of hearing.

Signed on 5/25/2011

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE