IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| In re: | § | CASE NO. 10-40052 |
|---|---|---|
| | § | |
| VAN HUNTER DEVELOPMENT, LTD | § | Chapter 11 |
| | § | |
|    Debtor. | § | |
| | § | |

## MOTION FOR CONTINUANCE OF HEARING ON DISCLOSURE STATEMENT

Van Hunter Development, Ltd. ("Van Hunter"), the Debtor files this, its Motion for Continuance of Hearing on Disclosure Statement and would respectfully show the Court as follows:

1.  Van Hunter filed a voluntary petition on January 4, 2010 under Chapter 11 of the United States Bankruptcy Code. Van Hunter continues to manage its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.  Van Hunter filed its Disclosure Statement and Chapter 11 Plan of Reorganization on May 13, 2011. The hearing on its Disclosure Statement is set for July 11, 2011 at 10:30 a.m.

3.  Van Hunter believes that it is close to working out agreements with its creditors. It also believes that based on the status of its negotiations, it may desire to shortly dismiss this case. Accordingly, Van Hunter would request a continuance on the hearing on its Disclosure Statement for no less than 30 days.

WHEREFORE, PREMISES CONSIDERED, Van Hunter prays that the Court continue the hearing on its Disclosure Statement for no less than 30 days and for such other and further relief as it may show itself justly entitled.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:  /s/Larry A. Levick
     Larry A. Levick
     State Bar No. 12252600
     Michelle E. Shriro
     State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served upon all parties listed on the attached service list via United States mail, first class, postage prepaid and/or via ECF Notification on this 30th day of June, 2011.

 /s/Larry A. Levick
Larry A. Levick

```
Label Matrix for local noticing          American Arbitration Association        American Arbitration Association
0540-4                                   % Maria Soriano                         1633 Broadway, 10 Floor
Case 10-40052                            13455 Noel Road                         New York, NY 10019
Eastern District of Texas                Suite 1750
Sherman                                  Dallas, TX 75240-6842
Thu Jun 30 16:07:51 CDT 2011

Ashley Hudnall                           George H. Barber                        Chateau du Lac HOA
2708 Lawndale Dr.                        Kane Russell Coleman & Logan PC         2106 Cavalier Way
Plano, TX 75023-7926                     3700 Thanksgiving Tower                 Flower Mound, TX 75022-5588
                                         1601 Elm Street
                                         Dallas, TX 75201-4701

Compass Bank                             Compass Bank                            Corey Van Trease
P.O. Box 4943                            c/o George H. Barber                    2104 Cavalier Way
Houston, TX 77210-4943                   Kane Russell Coleman & Logan PC         Flower Mound, TX 75022-5588
                                         1601 Elm Street, Suite 3700
                                         Dallas, TX 75201-7207

Art Crestman                             Darren Marlowe                          Denton County
c/o Eric Liepins.                        The Bush Firm, APC                      Michael Reed
12770 Coit                               4025 Woodland Park Blvd.                P O Box 1269
Suite 1100                               Suite 190                               Round Rock, TX 78680-1269
Dallas, TX 75251-1329                    Arlington, TX 76013-8052

Denton County                            Denton County District Clerk            Denton County Tax Assessor Collector
c/o Michael Reed                         1450 E. McKinney Street                 P. O. Box 90223
P O Box 1269                             Denton, TX 76209-4524                   Denton, TX 76202-5223
Round Rock, TX 78680-1269

Devry W. Garrrett                        Gary C. Evans                           Friends of Chateau du Lac
Kane Rusell Coleman & Logan, PC          P.O. Box 540308                         c/o Eric Liepins
3700 Thanksgiving Tower                  Dallas, TX 75354-0308                   12770 Coit Road
1601 Elm Street                                                                  Suite1100
Dallas, TX 75201-4701                                                            Dalals, TX 75251-1336

Frost National Bank                      Frost National Bank                     G.E. Capital
100 W. Houston ST.                       P. O. Box 2570                          P.O. Box 6229
San Antionio, TX 78205-1414              San Antonio, TX 78299-2570              Carol Stream, IL 60197-6229

Grande Communications                    Ingersoll-Rand Financial                Ingersoll-Rand Financial
500 Tittle Rd.                           Division of GE Capital Communications   Div. of GE Capital Communications, Inc.
Suite 400                                P.O. Box 6229                           P. O .Box 6229
The Colony, TX 75056-5296                Carol Stream, IL 60197-6229             Carol Stream, IL 60197-6229

(p)INTERNAL REVENUE SERVICE              JRW Construction Inc. dba Wilson Landscape D   JRW Construction, Inc. d/b/a Wilson Landscap
CENTRALIZED INSOLVENCY OPERATIONS        c/o Richard J. Wallace III              PO Box 292698
PO BOX 7346                              Scheef & Stone LLP                      Lewisville, TX 75029-2698
PHILADELPHIA PA 19101-7346               500 N. Akard, Ste. 2700
                                         Dallas TX 75201-3306

Hudson  M Jobe                           Larry A. Levick                         Law Offices of Robert E. Luna, P.C.
Quilling, Selander, Cummiskey & Lownds   Singer & Levick, P.C.                   4411 North Central Expressway
2001 Bryan Street                        16200 Addison Rd.                       Dallas, TX 75205-4210
Suite 1800                               Suite 140
Dallas, TX 75201-3071                    Addison, TX 75001-5376
```

| | | |
|---|---|---|
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Lewisville Independent School District<br>c/o Law Offices of Robert C. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |
| Locke Liddell & Sapp, LLP<br>P.O. Box 911541<br>Dallas, TX 75391-1541 | Marco & Michelle Rivera<br>Darren Marloe<br>The Bush Firm, PC<br>4025 Woodland Park Blvd #190<br>Arlington, TX 76013-8052 | Darren Marlowe<br>4025 Woodland Park Blvd.<br>Suite 190<br>Arlington, TX 76013-8052 |
| Michal E. Clark<br>Quilling Selander Cummiskey & Loownds<br>2001 Bryan St.<br>Suite 1800<br>Dallas, TX 75201-3070 | Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| Michael J. Quilling<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3071 | RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | TTI National, Inc.<br>P.O. Box 96003<br>Charlotte, NC 28296-0003 | The Frost National Bank<br>Quilling Selander Cummiskey & Lownds, PC<br>c/o Michael J. Quilling<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 |
| The Frost National Bank<br>c/o Hudson M. Jobe<br>Quilling, Selander, Cummiskey & Lownds,<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201-3071 | Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 | Town of Flower Mound<br>c/o Mark A. Burroughs<br>1100 Dallas Drive, Suite 100<br>Denton, Texas 76205-5121 |
| U. S. Trustee<br>Eastern District of Texas<br>110 North College Avenue<br>Room 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| Van Hunter Development, Ltd<br>P. O. Box 540308<br>Dallas, TX 75354-0308 | Van Trease Development, Inc.<br>611 S. Main St.<br>Suite 400<br>Grapevine, TX 76051-5477 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| Richard J. Wallace<br>Scheef & Stone, L.L.P.<br>500 North Akard<br>Lincoln Plaza, Suite 2700<br>Dallas, TX 75201-3302 | (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Williams Scotsman, Inc.<br>8211 Town Center Dr.<br>Baltimore MD 21236-5904 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Department of Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary, Veselka, Bragg, & Allen, PC<br>P. O. Box 1269<br>Round Rock, TX 78680 | Williams Scotsman, Inc.<br>4590 Carey Street<br>Fort Worth, TX 76119-4222 |

(d)Williams Scotsman, Inc.
4590 Carey St.
Fort Worth, TX 76119-4222


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chateau du Lac HOA<br>2106 Cavalier Way<br>Flower Mound, TX 75022-5588 | (u)Compass Bank | (d)Denton County District Clerk<br>1450 E. McKinney St.<br>Denton, TX 76209-4524 |
| (d)G.E. Capital<br>P. O. Box 6229<br>Carol Stream, IL 60197-6229 | (d)Gary C. Evans<br>P. O. Box 540308<br>Dallas, TX 75354-0308 | (d)Grande Communications<br>500 Tittle Rd.<br>Suite 400<br>The Colony, TX 75056-5296 |
| (d)Ashley Hudnall<br>2708 Lawndale Dr.<br>Plano, TX 75023-7926 | (d)Larry A. Levick<br>Singer & Levick, P.C.<br>16200 Addison Rd.<br>Suite 140<br>Addison, TX 75001-5376 | (d)Locke Liddell & Sapp, LLP<br>P. O. Box 911541<br>Dallas, TX 75391-1541 |
| (d)Darren Marlowe<br>4025 Woodland Park Blvd., Ste 190<br>Arlington, TX 76013-8052 | (d)Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | (d)Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| (d)RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (d)Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | (u)Singer & Levick, P.C. |
| (d)Sunbelt Rentals<br>P. O. Box 409211<br>Atlanta, GA 30384-9211 | (d)TTI National, Inc.<br>P. O. Box 96003<br>Charlotte, NC 28296-0003 | (d)Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 |

(d)Van Trease Development, Inc.
611 S. Main St.
Suite 400
Grapevine, TX 76051-5477

End of Label Matrix
Mailable recipients    59
Bypassed recipients    19
Total                  78