IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-40052 |
| | § | |
| VAN HUNTER DEVELOPMENT, LTD | § | Chapter 11 |
| | § | |
|     Debtor. | § | |
| | § | |

## SECOND UNOPPPOSED MOTION FOR CONTINUANCE OF HEARING ON DISCLOSURE STATEMENT

Van Hunter Development, Ltd. ("Van Hunter"), the Debtor files this, its Second Unopposed Motion for Continuance of Hearing on Disclosure Statement and would respectfully show the Court as follows:

1.  Van Hunter filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. Van Hunter continues to manage its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.  Van Hunter filed its Disclosure Statement and Chapter 11 Plan of Reorganization on May 13, 2011. The hearing on its Disclosure Statement was continued by its previously filed motion and is currently set for August 8, 2011 at 10:30 a.m.

3.  Van Hunter is continuing to work out agreements with its creditors and the various taxing authorities. There have been a few moving pieces in this case and it has been difficult to finalize deals during the summer months because of the work schedules of various parties. It also believes that based on the status of its negotiations, it may desire to shortly dismiss this case. Accordingly, Van Hunter would request a continuance on the hearing on its Disclosure Statement for no less than 30 days.

4. The U. S. Trustee and counsel for the two major creditors, Frost and Compass, do not oppose this relief.

WHEREFORE, PREMISES CONSIDERED, Van Hunter prays that the Court continue the hearing on its Disclosure Statement for no less than 30 days and for such other and further relief as it may show itself justly entitled.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:  /s/Larry A. Levick
 Larry A. Levick
 State Bar No. 12252600
 Michelle E. Shriro
 State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748
Levick@singerlevick.com

**ATTORNEYS FOR DEBTOR**

### CERTIFICATE OF CONFERENCE

I hereby certify that I spoke with the U. S. Trustee and counsel for the major creditors, Frost and Compass and they do not oppose the relief.

 /s/Larry A. Levick
 Larry A. Levick

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served upon all parties listed on the attached service list via United States mail, first class, postage prepaid and/or via ECF Notification on this 2nd day of August, 2011.

 /s/Larry A. Levick
 Larry A. Levick