IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-40052 |
| | § | |
| VAN HUNTER DEVELOPMENT, LTD | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF DISCLOSURE STATEMENT OF VAN HUNTER DEVELOPMENT, LTD. PURSUANT TO 11 U.S.C. § 1125

Van Hunter Development, Ltd., hereby gives notice of its withdrawal of its Disclosure Statement of Van Hunter Development, Ltd. Pursuant to 11 U.S.C. § 1125 filed in the above-referenced bankruptcy.

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/Larry A. Levick
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900

16200 Addison Road, Ste. 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

ATTORNEYS FOR VAN HUNTER DEVELOPMENT, LTD.

## CERTIFICATE OF SERVICE

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 15th day of September, 2011.

      /s/Larry A. Levick
      Larry A. Levick

```
Label Matrix for local noticing          American Arbitration Association        American Arbitration Association
0540-4                                   % Maria Soriano                          1633 Broadway, 10 Floor
Case 10-40052                            13455 Noel Road                          New York, NY 10019
Eastern District of Texas                Suite 1750
Sherman                                  Dallas, TX 75240-6842
Thu Sep 15 10:50:59 CDT 2011

Ashley Hudnall                           George H. Barber                         Chateau du Lac HOA
2708 Lawndale Dr.                        Kane Russell Coleman & Logan PC          2106 Cavalier Way
Plano, TX 75023-7926                     3700 Thanksgiving Tower                  Flower Mound, TX 75022-5588
                                         1601 Elm Street
                                         Dallas, TX 75201-4701

Compass Bank                             Compass Bank                             Corey Van Trease
P.O. Box 4943                            c/o George H. Barber                     2104 Cavalier Way
Houston, TX 77210-4943                   Kane Russell Coleman & Logan PC          Flower Mound, TX 75022-5588
                                         1601 Elm Street, Suite 3700
                                         Dallas, TX 75201-7207

Art Crestman                             Darren Marlowe                           Denton County
c/o Eric Liepins.                        The Bush Firm, APC                       Michael Reed
12770 Coit                               4025 Woodland Park Blvd.                 P O Box 1269
Suite 1100                               Suite 190                                Round Rock, TX 78680-1269
Dallas, TX 75251-1329                    Arlington, TX 76013-8052

Denton County                            Denton County District Clerk             Denton County Tax Assessor Collector
c/o Michael Reed                         1450 E. McKinney Street                  P. O. Box 90223
P O Box 1269                             Denton, TX 76209-4524                    Denton, TX 76202-5223
Round Rock, TX 78680-1269


Devry W. Garrrett                        Gary C. Evans                            Friends of Chateau du Lac
Kane Rusell Coleman & Logan, PC          P.O. Box 540308                          c/o Eric Liepins
3700 Thanksgiving Tower                  Dallas, TX 75354-0308                    12770 Coit Road
1601 Elm Street                                                                   Suite1100
Dallas, TX 75201-4701                                                             Dalals, TX 75251-1336

Frost National Bank                      Frost National Bank                      G.E. Capital
100 W. Houston ST.                       P. O. Box 2570                           P.O. Box 6229
San Antionio, TX 78205-1414              San Antonio, TX 78299-2570               Carol Stream, IL 60197-6229


Grande Communications                    Ingersoll-Rand Financial                 Ingersoll-Rand Financial
500 Tittle Rd.                           Division of GE Capital Communications    Div. of GE Capital Communications, Inc.
Suite 400                                P.O. Box 6229                            P. O .Box 6229
The Colony, TX 75056-5296                Carol Stream, IL 60197-6229              Carol Stream, IL 60197-6229


(p)INTERNAL REVENUE SERVICE              JRW Construction Inc. dba Wilson Landscape D    JRW Construction, Inc. d/b/a Wilson Landscap
CENTRALIZED INSOLVENCY OPERATIONS        c/o Richard J. Wallace III               PO Box 292698
PO BOX 7346                              Scheef & Stone LLP                       Lewisville, TX 75029-2698
PHILADELPHIA PA 19101-7346               500 N. Akard, Ste. 2700
                                         Dallas TX 75201-3306


Hudson  M Jobe                           Larry A. Levick                          Law Offices of Robert E. Luna, P.C.
Quilling, Selander, Cummiskey & Lownds   Singer & Levick, P.C.                    4411 North Central Expressway
2001 Bryan Street                        16200 Addison Rd.                        Dallas, TX 75205-4210
Suite 1800                               Suite 140
Dallas, TX 75201-3071                    Addison, TX 75001-5376
```

| | | |
|---|---|---|
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Lewisville Independent School District<br>c/o Law Offices of Robert C. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |
| Locke Liddell & Sapp, LLP<br>P.O. Box 911541<br>Dallas, TX 75391-1541 | Marco & Michelle Rivera<br>Darren Marloe<br>The Bush Firm, PC<br>4025 Woodland Park Blvd #190<br>Arlington, TX 76013-8052 | Darren Marlowe<br>4025 Woodland Park Blvd.<br>Suite 190<br>Arlington, TX 76013-8052 |
| Michal E. Clark<br>Quilling Selander Cummiskey & Loownds<br>2001 Bryan St.<br>Suite 1800<br>Dallas, TX 75201-3070 | Montgomery Coscia Greilich, LLP<br>2701 Dallas Pkwy<br>Suite 300<br>Plano, TX 75093-8777 | Newman Davenport & Epstein<br>700 North Pearl St.<br>Dallas, TX 75201-2824 |
| Michael J. Quilling<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3071 | RETC<br>3325 Silverstone Dr.<br>Suite 100<br>Plano, TX 75023-7883 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Marco and Michelle Rivera<br>618 Deforest Ct.<br>Coppell, Tx 75019-6066 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Andrea Sheehan<br>Law Offices of Robert E. Luna<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | TTI National, Inc.<br>P.O. Box 96003<br>Charlotte, NC 28296-0003 | The Frost National Bank<br>Quilling Selander Cummiskey & Lownds, PC<br>c/o Michael J. Quilling<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 |
| The Frost National Bank<br>c/o Hudson M. Jobe<br>Quilling, Selander, Cummiskey & Lownds,<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201-3071 | Thompson & Knight, LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4656 | Town of Flower Mound<br>c/o Mark A. Burroughs<br>1100 Dallas Drive, Suite 100<br>Denton, Texas 76205-5121 |
| U. S. Trustee<br>Eastern District of Texas<br>110 North College Avenue<br>Room 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| Van Hunter Development, Ltd<br>P. O. Box 540308<br>Dallas, TX 75354-0308 | Van Trease Development, Inc.<br>611 S. Main St.<br>Suite 400<br>Grapevine, TX 76051-5477 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| Richard J. Wallace<br>Scheef & Stone, L.L.P.<br>500 North Akard<br>Lincoln Plaza, Suite 2700<br>Dallas, TX 75201-3302 | (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Williams Scotsman, Inc.<br>8211 Town Center Dr.<br>Baltimore MD 21236-5904 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Department of Treasury
PO Box 21126
Philadelphia, PA 19114

Michael Reed
McCreary, Veselka, Bragg, & Allen, PC
P. O. Box 1269
Round Rock, TX 78680

Williams Scotsman, Inc.
4590 Carey Street
Fort Worth, TX 76119-4222

(d)Williams Scotsman, Inc.
4590 Carey St.
Fort Worth, TX 76119-4222

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chateau du Lac HOA
2106 Cavalier Way
Flower Mound, TX 75022-5588

(u)Compass Bank

(d)Denton County District Clerk
1450 E. McKinney St.
Denton, TX 76209-4524

(d)G.E. Capital
P. O. Box 6229
Carol Stream, IL 60197-6229

(d)Gary C. Evans
P. O. Box 540308
Dallas, TX 75354-0308

(d)Grande Communications
500 Tittle Rd.
Suite 400
The Colony, TX 75056-5296

(d)Ashley Hudnall
2708 Lawndale Dr.
Plano, TX 75023-7926

(d)Larry A. Levick
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001-5376

(d)Locke Liddell & Sapp, LLP
P. O. Box 911541
Dallas, TX 75391-1541

(d)Darren Marlowe
4025 Woodland Park Blvd., Ste 190
Arlington, TX 76013-8052

(d)Montgomery Coscia Greilich, LLP
2701 Dallas Pkwy
Suite 300
Plano, TX 75093-8777

(d)Newman Davenport & Epstein
700 North Pearl St.
Dallas, TX 75201-2824

(d)RETC
3325 Silverstone Dr.
Suite 100
Plano, TX 75023-7883

(d)Marco and Michelle Rivera
618 Deforest Ct.
Coppell, Tx 75019-6066

(u)Singer & Levick, P.C.

(d)Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

(d)TTI National, Inc.
P. O. Box 96003
Charlotte, NC 28296-0003

(d)Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4656

(d)Van Trease Development, Inc.
611 S. Main St.
Suite 400
Grapevine, TX 76051-5477

End of Label Matrix
Mailable recipients    59
Bypassed recipients    19
Total                  78